# In the United States Court of Federal Claims

**No. 07-8002 C**

**ANTHONY ARNETH, JR., JEFFREY S. CLARKE,**
**WILLIAM D. KEY, HAROLD A. KIMBALL,**
**LAWRENCE PANCZA, SUSAN D. SEVERS,**
**CHRISTINE WATKINS AND**
**CHAUNCEY R. YAN**

**v.** **JUDGMENT**

**THE UNITED STATES**

Pursuant to the court's Order, filed October 17, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiffs' claims are dismissed, with prejudice. Each party shall bear its own costs, attorney fees and expenses.

Brian Bishop
Clerk of Court

October 19, 2007 By: s/ Debra L. Samler

Deputy Clerk